

07 DEC -5 AM 11: 13

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| Plaintiff, | ) | CASE 4:07CR 617 |
| v. | ) | |
| BRYAN D. ADAMS, | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(A) |
| Defendant. | ) | |

JUDGE ADAMS

COUNT 1

The Grand Jury charges:

On or about November 9, 2007, in the Northern District of Ohio, Eastern Division, BRYAN D. ADAMS, the defendant herein, did knowingly and intentionally possess with intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II narcotic drug controlled substance, in violation of Title 21, Sections 841(a)(1) and (b)(1)(A), United States Code.

COUNT 2

The Grand Jury further charges:

On or about November 20, 2007, in the Northern District of Ohio, Eastern Division, BRYAN D. ADAMS, the defendant herein, did

-2-

knowingly and intentionally possess with intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II narcotic drug controlled substance, in violation of Title 21, Sections 841(a)(1) and (b)(1)(A), United States Code.

A TRUE BILL.

Original document -- Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.